1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MILES ORLANDO BONTY,                          CASE NO. 1:07-cv-00732-AWI-SMS PC

10                    Plaintiff,                  ORDER DENYING MOTION AS MOOT

11         v.                                     (Doc. 4)

12   F. REYNOSO, et al.,

13                    Defendants.
                                              /
14

15         Plaintiff Miles Orlando Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 11, 2007, plaintiff filed

17   a motion notifying the court that he was up for transfer to Centinela State Prison or Kern Valley State

18   Prison, and requesting "leave to be transferred" until the court receives his notice of change of

19   address.  (Doc. 4.)

20         It is not entirely clear what relief plaintiff was seeking, although it may have been a stay of

21   the proceedings until his transfer was completed.  Regardless, plaintiff filed a notice of change of

22   address to Centinela State Prison on July 2, 2007.  Therefore, plaintiff's motion concerning his

23   pending transfer and change of address is moot and is HEREBY DENIED on that ground.

24

25   IT IS SO ORDERED.

26   **Dated:    August 3, 2007**                    _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
27

28

1