# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES ORLANDO BONTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. REYNOSO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00732-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR STAY AND FOR LEAVE TO SEEK APPOINTMENT OF COUNSEL<br><br>(Doc. 14) |

Plaintiff Miles Orlando Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2007, plaintiff filed a motion seeking a stay of this action pending completion of his transfer to another institution and seeking leave to file a motion for the appointment of counsel.

Subsequent to the filing of the instant motion, plaintiff's transfer to the California Correctional Institution was completed, rendering moot plaintiff's request for a stay. Further, plaintiff does not need leave of court to file a motion seeking the appointment of counsel. For these reasons, plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:　　February 29, 2008　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE