1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   | MILES ORLANDO BONTY,                          CASE NO. 1:07-cv-00732-AWI-SMS PC

10              Plaintiff,                          ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS, AND DISMISSING
11      v.                                          CERTAIN CLAIMS

12  | F. REYNOSO, et al.,                           (Docs. 12 and 17)

13              Defendants.                         ORDER REQUIRING PLAINTIFF TO FILE A
                                                    SECOND AMENDED COMPLAINT WITHIN
14                                                  THIRTY DAYS, LIMITED TO MEDICAL
                                                    CARE CLAIM
15  | _____/

16
17          Plaintiff Miles Orlando Bonty ("Plaintiff") is a state prisoner proceeding pro se and in forma

18  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

19  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20          On March 3, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

21  was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and

22  Recommendations was to be filed within thirty days.  Plaintiff filed an Objection to the Findings and

23  Recommendations on March 24, 2008 and March 28, 2008.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

25  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

27  In the objections, Plaintiff contends that the court should not have found this action duplicative of

28   Bonty v. Escutia, 1:07-cv-00428-LJO-GSA PC because Plaintiff is appealing the dismissal of Bonty

1

1  v. Escutia, 1:07-cv-00428-LJO-GSA PC with prejudice.   If Plaintiff is successful in overturning

2  the court's ruling in Bonty v. Escutia, 1:07-cv-00428-LJO-GSA PC, the Ninth Circuit will remand

3  that case to this court.   Plaintiff will not need to file a  new action.   Thus, the objections do not

4  provide a basis to not adopt the Findings and Recommendations.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1.      The Findings and Recommendations, filed March 3, 2008, is adopted in full;

7          2.      Plaintiff's excessive force claims are dismissed, with prejudice, as barred by the

8                  doctrine of res judicata;

9          3.      Plaintiff's retaliation claim is dismissed, with prejudice, as barred by the doctrine of

10                 res judicata;

11         4.      Plaintiff's Eighth and Fourteenth Amendment claims arising from the inmate appeals

12                 process are dismissed, with prejudice, for failure to state a claim upon which relief

13                 may be granted under section 1983;

14         5.      Plaintiff's claims for equitable relief are dismissed; and

15         6.      Plaintiff is granted one opportunity to amend to cure the deficiencies in his Eighth

16                 Amendment medical care claim but is precluded from including any other claims in

17                 a second amended complaint;

18         7.      The Clerk's Office shall send Plaintiff a complaint form;

19         8.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a

20                 second amended complaint which complies with this order; and

21         9.      The failure to file a second amended complaint in compliance with this order will

22                 result in dismissal of this action, with prejudice, for failure to state a claim.

23

24  IT IS SO ORDERED.

25  **Dated:    April 5, 2008**                       _____**/s/ Anthony W. Ishii**_____
                                                     UNITED STATES DISTRICT JUDGE

26

27

28