# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES ORLANDO BONTY, | CASE NO. 1:07-cv-00732-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM AND FAILURE TO OBEY A COURT ORDER |
| v. | |
| F. REYNOSO, et al., | |
| Defendants. | (Doc. 20) |
| / | RESPONSE DUE WITHIN FIFTEEN DAYS |

Plaintiff Miles Orlando Bonty ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2008, the Court issued an order granting Plaintiff thirty days within which to file a second amended complaint, limited to his Eighth Amendment medical care claim only. Plaintiff was warned that if he did not file a second amended complaint, this action would be dismissed, with prejudice, for failure to state a claim. More than sixty days have passed and Plaintiff has not complied with the Court's order.[1]

///
///
///
///

---

[1] Plaintiff filed a notice of appeal of the Court's order on April 25, 2008. Plaintiff's decision to prematurely appeal the decision does not divest the Court of jurisdiction over this action and does not relieve Plaintiff from his obligation to comply with the Court's orders. Nascimento v. Dummer, 508 F.3d 905, 908 (9th Cir. 2007).

Accordingly, Plaintiff has **fifteen (15) days** from the date of service of this order within which to show cause why this action should not be dismissed for failure to state a claim and failure to obey a court order.  This action will be dismissed with prejudice if Plaintiff fails to show good cause for his failure to file a second amended complaint.

IT IS SO ORDERED.

**Dated:**   **June 10, 2008**                             /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE