1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MILES ORLANDO BONTY,               CASE NO. 1:07-cv-00732-AWI-SMS PC

10              Plaintiff,            ORDER DISCHARGING ORDER TO SHOW
                                      CAUSE

11      v.
                                      (Doc. 25)
12  F. REYNOSO, et al.,

13              Defendants.
                                   /
14

15      On June 11, 2008, the Court issued an order requiring Plaintiff to show cause why this action

16  should not be dismissed for failing to obey the Court's order of April 7, 2008, which required

17  Plaintiff to file a second amended complaint.  On June 26, 2008, Plaintiff filed a response to the

18  order to show cause and a second amended complaint.

19      Based on the filing of the second amended complaint, the order to show cause is HEREBY

20  DISCHARGED.

21

22  IT IS SO ORDERED.

23  **Dated:    July 8, 2008**                  **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1