# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES ORLANDO BONTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. REYNOSO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00732-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, STRIKING EXCESSIVE FORCE CLAIM FROM SECOND AMENDED COMPLAINT, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 27 and 30) |

　　　　Plaintiff Miles Orlando Bonty ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On July 8, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. More than thirty days have passed, and Plaintiff has not filed an Objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed July 8, 2008, is adopted in full;

///

1      2.    Plaintiff's excessive force claim is stricken from the second amended complaint;

2      3.    The remaining action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983;

4      4.    The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:**   **September 6, 2008**        /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE